IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00499-MSK-KMT

DAVID G. ALEXANDER a/k/a GERALD TERRELL,

    Plaintiff/Applicant,

v.

JAMES ABBOTT, Acting Warden of C.T.C.F.,

    Defendant/Respondent.

---

**ORDER DIRECTING PARTIES TO ADVISE THE COURT
OF THE BASIS FOR ITS SUBJECT MATTER JURISDICTION**

---

    THIS MATTER comes before the Court on an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §§ 2241 and 2254. It appears that the Petitioner seeks relief pertaining to state court proceedings for which there has been no conviction or sentence.

    **IT IS THEREFORE ORDERED** that on or before **April 18, 2008**, the parties shall advise the Court by written pleading of the basis for this Court's subject matter jurisdiction.

    Dated this 20th day of March, 2008

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge